BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM CHRISTOPHER VEGA,<br><br>Defendant. | CASE NO. 1:13-CR-00392-LJO-SKO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER THEREON<br><br>DATE: October 5, 2015<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 5, 2015.

2. By this stipulation, the parties now move to continue the sentencing hearing to October 26, 2015.

3. The sentencing would normally have been set for October 13, 2015 however counsel for the government is unavailable from October 7, 2015 to October 26, 2015. The probation officer contacted counsel for the government regarding the short setting and is requesting a date later than October 5, 2015 due to caseload.

4. Counsel for defendant does not object to the sentencing being continued to October 26, 2015.

IT IS SO STIPULATED.

Dated:  August 4, 2015                           BENJAMIN B. WAGNER
                                                 United States Attorney


                                                 /s/ LAUREL J. MONTOYA
                                                 LAUREL J. MONTOYA
                                                 Assistant United States Attorney


Dated:  August 4, 2015                           /s/ E. MARSHALL HODGKINS
                                                 E. MARSHALL HODGKINS
                                                 Counsel for Defendant
                                                 ADAM CHRISTOPHER VEGA


**ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from October 5, 2015 to **October 26, 2015 at 8:30 a.m.**

IT IS SO ORDERED.

  Dated:   **August 5, 2015**                    **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING HEARING
AND ORDER THEREON

2