Darryl Young
650 West 20th Street
Merced, CA 95340
(P) 209.354.3500/ (F) 209.354.3502
DarrylYoungLaw@gmail.com

Attorney for Defendant, Adam Vega

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     v.<br><br>ADAM VEGA,<br><br>                 Defendant. | CASE NO.  1:13-CR-00392-LJO-SKO<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; AND ORDER<br><br>DATE: December 8, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |
|---|---|

**STIPULATION**

Defendant, by and through its counsel of record, by and through Plaintiff United States of America, counsel of record, hereby stipulate as follows:

1. On August 27, 2021 the defendant made his initial appearance regarding the violation petition before the Court.

2. By stipulation and order of this Court, this matter was subsequently set for a status hearing before this Court on December 8, 2021.

3. By this stipulation, both parties now move to continue the status hearing until January 20, 2022.

4. The parties agree and stipulate, and request that the Court find the following:

    a) Both parties need additional time to attempt to negotiate a potential resolution in this matter.

    b) The requested date is a mutually agreeable date for both parties.

    c) As this is a probation violation matter, there is no need to exclude time.

IT IS SO STIPULATED.

STIPULATION REGARDING CONTINUANCE        1

| | |
|---|---|
| Dated: December 2, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | /s/ LAUREL J. MONTOYA<br>LAUREL J. MONTOYA<br>Assistant United States Attorney |
| Dated: December 2, 2021 | /s/ DARRYL YOUNG<br>DARRYL YOUNG<br>Counsel for Defendant<br>ADAM VEGA |

## **ORDER**

IT IS SO ORDERED that the status conference is continued from December 8, 2021, to **January 20, 2022, at 2:00 p.m. before Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated: **December 2, 2021**        /s/ *Barbara A. McAuliffe*
                UNITED STATES MAGISTRATE JUDGE